# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF NORTH CAROLINA

_Western_ DIVISION

NO. _5:25- CR - 103- FL_

FILED IN OPEN COURT
ON _7/7/2026_
Peter A. Moore, Jr., Clerk
US District Court
Eastern District of NC

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) |
| | ) |
| Debbie Nurris Woodell | ) |

### ORDER TO SURRENDER

The defendant in the above-entitled action having been sentenced to the custody of the U.S. Bureau of Prisons and having requested in open court a postponement of the commencement of the sentence heretofore imposed, it is now ORDERED:

The defendant, _Debbie Nurris Woodell_, surrender to the U.S. Bureau of Prisons by reporting:

☐ to the U.S. Marshal's Office, Raleigh, NC, as directed.

☐ to the U.S. Marshal's Office, Raleigh, NC, by _____ a.m./p.m. on _____.

☐ to the designated institution before _____ a.m./p.m. on _____.

☒ when otherwise notified by the court or the U.S. Marshal's Service to report, but not sooner than _45 days_.

As a condition of the defendant's release, the defendant shall continue to report to the Pretrial Services Office or, if under supervision of the U.S. Probation Office, to the office in the manner and at such times as directed.

_7/7/2026_
DATE

_Louise W. Flanagan_
LOUISE W. FLANAGAN
United States District Judge

ACKNOWLEDGMENT:

I acknowledge receipt of a copy of the foregoing Order and agree to report as directed therein. I understand that if I fail to do so, I may be cited for Contempt of Court and if convicted of Contempt may be punished by imprisonment or fine or both in addition to the sentence already imposed in my case.

WITNESSED BY: _____

DEFENDANT _____

DEFENDANT'S ATTORNEY